

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00354-CV

**IN THE INTEREST OF J.I.M.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01450
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed:  July 19, 2017

DISMISSED FOR WANT OF JURISDICTION

Appellant Juan Carlos Luevanos is representing himself in this civil lawsuit.  On April 26, 2017, the trial court signed an order establishing the parent-child relationship and determining conservatorship and visitation.  *See* TEX. FAM. CODE ANN. § 160.601 (West 2014).  Appellant's notice of appeal was due on May 16, 2017, or a motion for extension of time to file a notice of appeal was due on May 31, 2017.  *See* TEX. R. APP. P. 26.1(a), 26.3; *see generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]."  (emphasis added)).

On June 1, 2017, after the deadline to file the notice of appeal, Appellant, the children's father, filed a notice of appeal. Although Appellant contends he did not receive notice of the judgment, Appellant did not file a motion in accordance with Rule 4.2 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 4.2, or Rule 306a of the Texas Rules of Civil Procedure, *see* TEX. R. CIV. P. 306a.

On June 9, 2017, we advised Appellant that a timely notice of appeal is necessary to invoke this court's appellate jurisdiction. *See* TEX. R. APP. P. 25.1(b). *See generally Verburgt*, 959 S.W.2d at 617. We ordered Appellant to show cause in writing to this court by June 26, 2017, why this appeal should not be dismissed for want of jurisdiction. We warned Appellant that if he failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

To date, Appellant has filed no response to our June 9, 2017 order. Therefore, this appeal is dismissed for want of jurisdiction. *See id.*

PER CURIAM